**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Larry J. Huyser and Tammie Huyser | No.  09-45157 |
| Debtor | Hon.  Jacqueline P. Cox |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on July 31, 2015, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                             _____/s/ Ross T. Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on John Charles Crees and Tom Vaughn on July 31, 2015.

                                             _____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Larry J. Huyser and Tammie Huyser
125 Doris Lane
Chicago Heights, IL 60411

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

John Charles Crees
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, IL 60654